JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MICHAEL BALZARINI,<br><br>               Petitioner,<br><br>   v.<br><br>R. BROOMFIELD,<br><br>               Respondent. | Case No. 5:21-cv-00482-RGK-MAA<br><br>**JUDGMENT** |

     Pursuant to the Order Summarily Dismissing Action Without Prejudice filed herewith,

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.


DATED:  April 1, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE